Pao Xiong
(Present and Prior Names)
03898-029
(Institutional Register No.)
Federal Correctional Complex, P.O. Box 9000
Forrest City, AR 72336
(Address and Name of Institution Where Presently Incarcerated)

FILED

AUG 1 4 2017

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____W_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Oklahoma__

Pao Xiong
(Full and Correct Name)
                                    Plaintiff,

v.

William "Bill" McCormick
~~Eludes~~ "John Doe" Lepird
Keri Avant
                                    Defendant(s)

CASE NO. CIV-17-872-R

(To be supplied by the Clerk)

COMPLAINT PURSUANT TO
28 U.S.C. 1331

A. JURISDICTION

1) __Pao Xiong__ presently resides at
      (Plaintiff)
__Federal Correctional Complex, P.O. Box 9000__
(Mailing address or place of confinement)
__Forrest City, AR 72336__.

2) Defendant __William "Bill" McCormick__
            (Name of first defendant)
presently resides at __El Reno Federal Prison Camp + Federal Correctional Institute__
and is employed as __a unit counselor__
                   (Position and title, if any)
At the time and claim(s) alleged in this complaint arose, was this defendant acting in his official capacity as an employee of the United States?

Yes ☒    No ☐    Explain: __See unsworn declaration please, and incident report 2743724 and 28 C.F.R. § 541 and PS5270.09.__

3) Defendant "John Doe" Lepird presently resides
   (name of second defendant)
   at El Reno Federal Prison Camp & Federal Correctional Institute,
   (present address)
   and is employed as a unit counselor.
   (Position and title, if any)
   At the time the claim(s) alleged in this complaint arose was this defendant acting in his
   official capacity as an employee of the United States? Yes ☒ No ☐ Explain: ____
   Please see unsworn declaration and incident report 2743924 and 28 C.F.R. §541 and PS 5270.09.
   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331. (If you wish to assert jurisdiction
   under additional statutes, you should list them below, and explain their significance.)
   Title 5 U.S.C. §§ 701, 702, 703, 704, and 706.

## B. NATURE OF THE CASE

1) Briefly state the background of your case. I received an incident report (2743924) alleging I violated prohibited act 306 found in 28 C.F.R. §541.3(a) and Table 1. My alleged misconduct, even if accurate (it's not), does not violate said act. Furthermore, the applicable federal prison officials (McCormick, Lepird, & Avant) consisting of the unit disciplinary committee (UDC) capriciously determined I was guilty of the aforementioned act at a prison disciplinary hearing on August 19, 2015. This determination is in violation of 28 C.F.R. §§ 541.1, 541.3(a) and §541.7(e) in conjunction of the facts at hand, capriciously decided. Furthermore, McCormick and Avant both violated §541.7(b) and PS 5270.09 (2011) Ch.4:(b) as participants in the aforementioned hearing.

3. Defendant  <u>Keri Arant</u>

presently resides at <u>El Reno Federal Prison Camp + Federal Correctional Institute</u>

and is employed as <u>a unit secretary.</u>

At the time and claim(s) alleged in this complaint arose, was this defendant acting in his official capacity as an employee of the U.S.?

Yes ☒   No ☐   Explain:

Please see unsworn declaration; incident report 2748924, and 28 C.F.R. § 541 and PS5270.09.

## C. CLAIM(S)

1) I allege that my claim(s) arises under the Constitution or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts. Do not attach copies of pleadings, or briefs from other cases or other memoranda unless requested by the Court.

A) (1) Count I: Violations of 28 C.F.R. §541, §541.3(a), §541.7(b), §541.7(e), and PS5270.09: Ch.9 (b).

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Please see unsworn declaration.

B) (1) Count II: _____

(2) Supporting Facts:

C)    (1)    Count III: _____

_____

_____

       (2)    Supporting Facts:

### D.    PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    List <u>all</u> other lawsuits you have filed in any federal or state court as well as any criminal action which in any way relates to the claim(s) involved in this action.

     a)    Parties to previous lawsuit

         Plaintiffs: _____

         Defendants: _____

     b)    Name of court and docket number _____

_____

     c)    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

     d)    Issues raised _____

     e)    Approximate date of filing lawsuit _____

     f)    Approximate date of disposition _____

a) Parties to previous lawsuit

   Plaintiffs: _____

   Defendants: _____

b) Name of court and docket number _____

   _____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____


a) Parties to previous lawsuit

   Plaintiffs: _____

   Defendants: _____

b) Name of court and docket number _____

   _____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

(attach additional sheets as necessary to complete Part D)

*I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C.* Yes [X]  No [ ]  *If your answer is "Yes," briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.*

Please see unsworn declaration.

### E. REQUEST FOR RELIEF

1) *I believe that I am entitled to the following relief:*

The reversal of the adverse decision at the 2948924 UDC disciplinary hearing and the expungement of records in relation to the instant matter

_____
Signature of Attorney (if any)

### DECLARATION UNDER PENALTY OF PERJURY

*I declare (or certify, verify, or state) under penalty of perjury that the foregoing [Complaint] is true and correct. 28 U.S.C. §1746; 18 U.S.C. §§1621, et seq.*

Executed at Federal Correctional Complex Forrest City Low on August 10, 2017.
        (Location)                                          (Date)

Pao Hui Dong Xing
(Signature of Plaintiff)