# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAO XIONG, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-17-872-R |
| WILLIAM MCCORMICK, et al., JIMMY MARTIN, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Judge Shon T. Erwin on August 22, 2017. Doc. No. 5. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is transferred to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 13th day of September, 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE